NATHAN JENSEN #40754-051
U.S. Penitentiary Victorville
P.O. Box 3900
Adelanto, CA -92301-

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 26 2020

MITCHELL R. ELFERS
CLERK /mn

United States District Court
District of New Mexico

NATHAN JENSEN
MOVANT,

V.

United States of America
RESPONDENT.

CASE NO. 1:16CR02694-001WJ

MOTION FOR PRODUCTION OF documents
NECESSARY FOR HABEAS PETITION.

COMES NOW, NATHAN JENSEN, MOVANT, PRO Se, Requesting THE CLERK "PRODUCE Documents Necessary For HABEAS Petition UNDER TitLe 28 U.S.C. Section 2070". THis Request For documents is being Made PURSUANT to Federal Rules of Appellate Procedure.

GROUNds For DOCUMENT Request. MOVANT HAS Filed A Second And Successive § 2255 For ReLief UNDER Rehaif. As Part of THAT APPEAL, Movant is Required to Forward Parts of the Record, Necessary For the APPEAL, to the Appellate Court. Furthermore, Movant Requires the Following docket entries Necessary For the litigation of his § 2244 Petition :(1) Complete lists of docket entries;(2) Indictment;(3) Final Plea Agreement;(4) Sentencing Transcripts.

TitLe 28 § 2070 is titled "Duties of The CLerk" And States there is A PENALTY of "Five Years incarceration And/or Ten-Thousand dollar Fine For ANY CLerk WHo Refuses HAbeas Related documents to Petitioner". Please MARK "legal Mail" on the Reply envelope.

RespectFully submitted,

(S.) N—
NATHAN JENSEN, PRo Se.

DATE: October 20TH, 2020

Case 1:20-cv-01107-WJ-GJF   Document 1   Filed 10/26/20   Page 2 of 2

Name: NATHAN JENSEN
Reg#: 40754-051
United States Penitentiary
P.O. Box 3900
Adelanto, CA 92301

SN BERNARDINO CA   923

21 OCT 2020  PM 4  L

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 26 2020

MITCHELL R. ELFERS
CLERK

LeGAL MAiL !!!!

U.S. District Court of
New Mexico
Clerk's office
333 LOMAS BLVd. N.W Suite# 270
Albuquerque, New Mexico
-87102-

87102-227470