**FILED**

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 1 9 2021

MITCHELL R. ELFERS
CLERK

2OcV1107 wJ/GJF

TO: Office of the Clerk,                    DATE: 01-12-2021

Today (01-12-2021) I Received A letter From You

Containing a copy of the Response I sent to you on 12-26-2020,
(Asking if you Got my initial Response to the Order to Show Cause
You sent to me on 11-24-2020), A cover sheet And A Document
Summary Page that says I sent the Response And it was Filed.
I AM confused! Why Have I Not Received A filed copy of my First
Response I sent to You on 11-24-2020? Does that Mean You Have
Not Received My First Response that I Mailed out on 11-24-2020?
I am at a lockdown Facility with No Proper Law Library, No computer
or internet And No Attorney. I am doing this all by myself.
With that being said Can You Please Send Me All Papers, Motions &
Documents Pertaining to Case Number: 1:20-CV-01107-WJ-GJF. Thank
You For Your time & Support.

Sincerly,

Nathan Jensen #40754-051
- AUSP-Thomson-SMU -
P.O. Box 1002
Thomson, IL -61285-

- Page 1 of 1 -

INMATE NAME Nathan Jensen
REGISTER NUMBER 40754-051
ADMINISTRATIVE UNITED STATES PENITENTIARY
P.O. BOX 1001
THOMSON, IL 61285

QUAD CITIES IL P&DF
IL 612 2 T
14 JAN 2021   PM

FOREVER/USA

Legal Mail !!!

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 1 9 2021

MITCHELL R. ELFERS
CLERK

United States District Court
District of New Mexico
Office of The Clerk
Suite #270
333 Lomas Blvd. N.W.
Albuquerque, New Mexico
- 87102 -